# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROBERT CARTER NICHOLAS and
NICOLE NICHOLAS, as Co-Trustees of the
Doris M. Carter Family Foundation,

    Plaintiffs,

v.                                        CASE NO: 8:15-cv-959-T-26EAJ

GARY ALTMAN, individually and as Co-Trustee
of the Doris M. Carter Family Foundation,

    Defendant.
_____/

# **O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the well-pleaded allegations of the Plaintiffs' complaint, which the Court must accept as true at this juncture of the proceedings, together with the Trust Agreement at issue which is attached to the complaint, it is ordered and adjudged that the Defendant's Motion to Dismiss for Lack of Standing (Dkt. 4) is denied.[1]  This Court, having carefully reviewed the entire record now before the Court, is simply not in a position, based on this record alone, to make a correct legal determination with regard to the situs of the trust and the Plaintiffs' standing to bring this lawsuit against the Defendant.  Such a determination must await a further development of the record through appropriate discovery and must be made within the context of a motion for summary judgment.  The Defendant shall file

---

[1] In view of this disposition of the motion, the Court needs no response from the Plaintiffs.

his answer and defenses, if any, to the Plaintiff's complaint within fourteen (14) days of the entry of this order.

**DONE AND ORDERED** at Tampa, Florida, on April 28, 2015.

_s/Richard A. Lazzara_
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record