UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT CARTER NICHOLAS
and NICOLE NICHOLAS, as Co-Trustees of the
Doris M. Carter Family Foundation,

    Plaintiffs,

v.          CASE NO: 8:15-cv-959-T-26EAJ

GARY ALTMAN, individually and as Co-Trustee
of the Doris M. Carter Family Foundation,

    Defendant.
    _____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is ordered and adjudged that the Defendant's Motion for Sanctions (Dkt. 11) is denied. In the Court's view, the motion is nothing more than a recasting of the Defendant's motion to dismiss which this Court denied in an order entered at docket 5 on April 28, 2015. In that order, the Court made it perfectly clear that any determination with regard to the issues of the situs of the trust and the Plaintiffs' standing to initiate this lawsuit "must await a further development of the record through appropriate discovery and must be made within the context of a motion for summary judgment." The Defendant's latest motion does not alter that assessment.

**DONE AND ORDERED** at Tampa, Florida, on June 3, 2015.

                            s/*Richard A. Lazzara*
                            **RICHARD A. LAZZARA**
                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record