UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT CARTER NICHOLAS
and NICOLE NICHOLAS, as Co-Trustees of the
Doris M. Carter Family Foundation,

    Plaintiffs,

v.                                                                         CASE NO: 8:15-cv-959-T-26EAJ

GARY ALTMAN, individually and as Co-Trustee
of the Doris M. Carter Family Foundation,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiffs' submission, it is ordered and adjudged that the Plaintiffs' Amended Motion for Removal or Suspension of Trustee and Appointment of Special Fiduciary (Dkt. 15) is denied. This Court will not grant the extraordinary relief requested by the Plaintiffs based on the unsupported allegations of their attorney. Cf. United States v. Potes Ramirez, 260 F.3d 1310, 1314 (11th Cir. 2001) (concluding that district court incorrectly denied a criminal defendant's motion for return of property based on the government's unsupported allegation that the property had been destroyed in light of the fact that the government's pleadings were not verified and no supporting affidavits had been filed).

**DONE AND ORDERED** at Tampa, Florida, on June 8, 2015.

                                                          s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record